Fill in this information to identify the case:

Debtor name: **Waggoner Cattle, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **18-20126**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Coba/Select Sires, Inc** 1224 Alton Darby Crk. Rd. Columbus, OH 43228 | **Duane Logan** duane@cobaselect.com 614-878-5333 | **Breeding Fees** | | | | $27,717.30 |
| **Dean Cluck-Dimmitt Feedyard** PO Box 638 Dimmitt, TX 79027 | **Monte Cluck** montecluck@gmail.com 830-446-2418 | **Cattle Inventory** | | | | $32,375.00 |
| **Lone Star State Bank** 6220 Milwaukee Ave. Lubbock, TX 79424 | **Steven Hoard** shoard@mhba.com 806-372-5050 | **Livestock that the Lone Star State Bank and Rabo Bank has a lien on.** | | $12,832,596.31 | $2,300,000.00 | $10,532,596.31 |
| **Lone Star State Bank** 6220 Milwaukee Ave. Lubbock, TX 79424 | **Stenven Hoard** shoard@mhba.com 806-372-5050 | **Charged Off Note** | | | | $5,300,000.00 |
| **Rabo Bank** PO Box 411995 Saint Louis, MO 63141 | **Kurt Leistikow** kurt.leistikow@raboag.com 319-575-5447 | **Livestock that the Lone Star State Bank and Rabo Bank has a lien on.** | | $10,264,493.41 | $2,300,000.00 | $10,264,493.41 |
| **Texas Beef Council** PO Box 822 San Antonio, TX 78293 | **Richard Worthan** rw@txbeef.org 512-335-2333 Ext. 100 | **BIC Report** | | | | $34,623.91 |
| **Western Cattle Feeders, LLC** 671 CR 120 Lockney, TX 79241 | 806-652-3307 | **Feed** | | | | $195,214.86 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1