**Fill in this information to identify the case:**

Debtor name   **Waggoner Cattle, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **18-20126**

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals           12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................  $ 2,415,326.67

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................  $ 2,415,326.67

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ 23,097,089.72

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ 5,589,931.07

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                          $ 28,687,020.79

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Waggoner Cattle, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **18-20126** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking Account Ending in -4428**<br>**Lone Star State Bank**<br>**6220 Milwaukee Avenue**<br>**Lubbock, Texas 79424** | **Checking Account** | **4428** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less: **115,326.67** - **0.00** = .... $115,326.67
                      face amount             doubtful or uncollectible accounts

Debtor **Waggoner Cattle, LLC** Case number *(If known)* **18-20126**
　　　　Name

12. **Total of Part 3.** $115,326.67

　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** *(Where available)* | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **Livestock that the Lone Star State Bank and Rabo Bank has a lien on. 8,465 head of cattle.** | $0.00 | | $2,300,000.00 |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.** $2,300,000.00

　　　Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
　　■ No
　　☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　　　☐ No
　　　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
　　■ No
　　☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
　　■ No
　　☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

Official Form 206A/B　　　Schedule A/B Assets - Real and Personal Property　　　page 2

| Debtor | **Waggoner Cattle, LLC** | Case number *(If known)* **18-20126** |
|---|---|---|
| | Name | |

■ No
☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Waggoner Cattle, LLC** | Case number *(If known)* **18-20126** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $115,326.67 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $2,300,000.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,415,326.67 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,415,326.67 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Waggoner Cattle, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-20126 |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Lone Star State Bank**
Creditor's Name

**6220 Milwaukee Ave.**
**Lubbock, TX 79424**
Creditor's mailing address

**shoard@mhba.com**
Creditor's email address, if known

Date debt was incurred
**10/17/2012**

Last 4 digits of account number
**7463**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Lone Star State Bank**
**2. Rabo Bank**

Describe debtor's property that is subject to a lien
**Livestock that the Lone Star State Bank and Rabo Bank has a lien on.**
**8,465 head of cattle.**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,832,596.31 | $2,300,000.00

---

**2.2** **Rabo Bank**
Creditor's Name

**PO Box 411995**
**Saint Louis, MO 63141**
Creditor's mailing address

**kurt.leistikow@raboag.com**
Creditor's email address, if known

Date debt was incurred
**NA**

Last 4 digits of account number
**6329**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Livestock that the Lone Star State Bank and Rabo Bank has a lien on.**
**8,465 head of cattle.**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$10,264,493.41 | $2,300,000.00

---

| Debtor | **Waggoner Cattle, LLC** | Case number (if know) | **18-20126** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $23,097,089.72

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brad Odell**<br>**Mullin Hoard & Brown, LP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408** | Line __2.1__ | |
| **Kurt Leistikow**<br>**6919 Chancellor Drive**<br>**Cedar Falls, IA 50613** | Line __2.2__ | |
| **Linda Kobliska**<br>**6919 Chancellor Drive**<br>**Cedar Falls, IA 50613** | Line __2.2__ | |
| **Steven Hoard**<br>**Mullin Hoard & Brown, LLP**<br>**500 S. Taylor, Lobby Box 213**<br>**Amarillo, TX 79101** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name: **Waggoner Cattle, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **18-20126**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Texas Attorney General**<br>**P.O. Box 12548**<br>**Austin, TX 78711**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | Waggoner Cattle, LLC | Case number (if known) | 18-20126 |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**
**U.S. Attorney General**
**U.S. Department of Justice**
**10th & Pennsylvania Ave**
**Washington, DC 20530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### 2.4

**Priority creditor's name and mailing address**
**U.S. Attorney's Office**
**1205 Texas Ave.  Room 700**
**Lubbock, TX 79401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1

**Nonpriority creditor's name and mailing address**
**Coba/Select Sires, Inc**
**1224 Alton Darby Crk. Rd.**
**Columbus, OH 43228**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,717.30

Date(s) debt was incurred  **2017**
Last 4 digits of account number  **1200**

Basis for the claim:  **Breeding Fees**

Is the claim subject to offset?  ■ No  ☐ Yes

### 3.2

**Nonpriority creditor's name and mailing address**
**Dean Cluck-Dimmitt Feedyard**
**PO Box 638**
**Dimmitt, TX 79027**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,375.00

Date(s) debt was incurred  **2017**
Last 4 digits of account number  **NA**

Basis for the claim:  **Cattle Inventory**

Is the claim subject to offset?  ■ No  ☐ Yes

### 3.3

**Nonpriority creditor's name and mailing address**
**Lone Star State Bank**
**6220 Milwaukee Ave.**
**Lubbock, TX 79424**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,300,000.00

Date(s) debt was incurred  **03/19/2014**
Last 4 digits of account number  **7471**

Basis for the claim:  **Charged Off Note**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | Waggoner Cattle, LLC | Case number (if known) | 18-20126 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Texas Beef Council**<br>**PO Box 822**<br>**San Antonio, TX 78293** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,623.91** |
|---|---|---|---|
| | Date(s) debt was incurred **2017** | Basis for the claim: **BIC Report** | |
| | Last 4 digits of account number **0795** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Western Cattle Feeders, LLC**<br>**671 CR 120**<br>**Lockney, TX 79241** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$195,214.86** |
|---|---|---|---|
| | Date(s) debt was incurred **2017** | Basis for the claim: **Feed** | |
| | Last 4 digits of account number **Waggoner Cattle** | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brad Odell**<br>**Mullin Hoard & Brown, LP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Steven Hoard**<br>**Mullin Hoard & Brown, LLP**<br>**500 S. Taylor, Lobby Box 213**<br>**Amarillo, TX 79101** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,589,931.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,589,931.07 |

**Fill in this information to identify the case:**

Debtor name  **Waggoner Cattle, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **18-20126**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Multiple Contracts. Any persons wanting to review these contracts can request them from Tarbox Law, P.C., 2301 Broadway, Lubbock, Texas 79401. 806-686-4448.** | |
| | State the term remaining | | **Overland Livestock** |
| | List the contract number of any government contract | | **10565 9t Avenue** |
| | | | **Hanford, CA 93230** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Waggoner Cattle, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **18-20126** |

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bugtussle Cattle, LLC** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bugtussle Cattle, LLC** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Rabo Bank** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Bugtussle Cattle, LLC** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.4 | **Circle W of Dimmitt, Inc.** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Circle W of Dimmitt, Inc.** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Rabo Bank** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Waggoner Cattle, LLC | Case number *(if known)* | **18-20126** |
|---|---|---|---|

☐ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Circle W of Dimmitt, Inc.** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.7 | **Cliff Hanger Cattle, LLC** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Cliff Hanger Cattle, LLC** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Rabo Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Cliff Hanger Cattle, LLC** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.10 | **Quint Waggoner** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Quint Waggoner** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Rabo Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Quint Waggoner** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>Guarantor | **Lone Star State Bank** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |