## United States Bankruptcy Court
### Northern District of Texas

In re **Waggoner Cattle, LLC**  
Debtor(s)

Case No. **18-20126**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Quint Waggoner**<br>**2936 US Highway 385**<br>**Dimmitt, TX 79027** | **Managing Member** | **100** | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 27, 2018**

Signature **/s/ Michael Quint Waggoner**  
**Michael Quint Waggoner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.