UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Waggoner Cattle, LLC

§
§ Case No.: 18-020126-11-rlj
§
§
§
Debtor(s) §

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Johnson, Michael R.
             *Last*          *First*          *MI*

2. Firm Name: Ray Quinney & Nebeker P.C.

3. Address: 36 South State Street, Suite 1400
   Salt Lake City UT 84111

4. Phone: 801-532-1500　　FAX: 801-532-7543

   Email: mjohnson@rqn.com

5. Name used to sign *all* pleadings: Michael R. Johnson

6. Retained by: Rabo AgriFinance, LLC

7. Admitted on May 31, 1995 and presently a member in good standing of the bar of the highest court of the state of Utah and issued the bar license number of 7070.

8. Admitted to practice before the following courts:

   *Court:*　　　　　　　　　　　　　　　　*Admission Date:*
   (see attached list)

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| Date of Application | Case No. and Style |
|---|---|
| N/A | |
| | |
| | |

13. Local counsel of record: Thomas C. Riney

14. Local counsel's address: Riney & Mayfield, LLP, 320 S. Polk Street, Suite 600
Amarillo TX 79101-1419

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Michael R. Johnson
Printed Name of Applicant

7-17-2018
Date

*[signature]*
Signature of Applicant

| Court | Admission Date |
|---|---|
| Supreme Court of Utah | 05/31/1995 |
| Supreme Court of Arizona | 10/22/1994 |
| United States District Court, Utah | 08/07/1996 |
| United States District Court, Arizona | 02/11/2004 |
| United States District Court, Colorado | 05/05/2016 |
| U.S. Court of Appeals, 10th Circuit | 02/11/2004 |
| U.S. Court of Appeals, 11th Circuit | 10/05/2001 |
| U.S. Bankruptcy Court, Utah | 08/07/1996 |
| Tenth Circuit Bankruptcy Appellate Panel | 02/11/2004 |
| United States District Court, Central District Illinois | 10/17/2017 |



# Utah State Bar.

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**John R. Lund**
President
Parsons Behle & Latimer
Salt Lake City

**H. Dickson Burton**
President-elect
TraskBritt
Salt Lake City

**S. Grace Acosta**
Lewis Hansen Law Firm
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**Kate A. Conyers**
Salt Lake Legal Defenders Assoc.
Salt Lake City

**Heather M. Farnsworth**
Match & Farnsworth
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Liisa A. Hancock**
Jeffs & Jeffs
Provo

**Mark O. Morris**
Snell & Wilmer
Salt Lake City

**Michelle Mumford**
Attorney at Law
Salt Lake City

**Herm Olsen**
Hillyard Anderson & Olsen
Logan

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Attorney at Law
St. George

\*This document expires 60 days from the date of issuance\*

July 16, 2018

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for MICHAEL R. JOHNSON**

This is to certify that **MICHAEL R. JOHNSON**, Utah State Bar **No. 7070**, sat for and successfully passed the Utah State Bar examination and was admitted to practice law in Utah on **May 31, 1995**.

**Mr. Johnson** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



Serving the public. Working for justice.